Ross AND Wife *against* Winners.

ON CERTIORARI.

Evidence of the wife's confessions, made subsequent to the marriage, of a debt due by her previous to the marriage, are inadmissible to charge the husband.

---

This action was brought against Ross and wife, on a contract made by the wife before marriage. Among other testimony which went to the jury, it was proved, that the wife, subsequent to her marriage, had acknowledged the debt, or a part of it.

*I. Williamson,* for defendant, contended, that the wife being a party, her confessions were good evidence.

*A. Ogden* and *M. Williamson,* contra.

*Per Curiam.* The judgment is erroneous and must be reversed, on the ground, that evidence was admitted to prove the confessions of the wife of a debt contracted previously to her marriage.*

Judgment reversed.

---

* See 6 *Term Rep.* 680; *Phil. Evi.* 64.